## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 78 EAL 2014
:
           Respondent      :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
     v.           :
:
:
:
KAHIM WELTON,       :
:
           Petitioner      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of August, 2014, the Petition for Allowance of Appeal is **DENIED**.